McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4077

FILED

SEP 2 7 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAG. NO. 1:06mj00233 LJO |
| Plaintiff, | ORDER UNSEALING COMPLAINT |
| v. | |
| LUKE SCARMAZZO, et al., | |
| Defendants. | |

The United States having applied to this Court, for an order unsealing the complaint in the above-captioned proceedings,

IT IS SO ORDERED, that the complaint, previously filed with this Court under seal, shall be unsealed.

DATED: September 27, 2006

_____
Honorable Lawrence J. O'Neill
U.S. Magistrate Judge

1